FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARTIN D. WINTERROSE and DEANNA P. WINTERROSE, husband and wife,

Plaintiffs,

v.

BATTELLE MEMORIAL INSTITUTE INC. and BATTELLE MEMORIAL INSTITUTE PLAN FOR BMI ACTIVE STAFF,

Defendants.

No. 4:18-CV-05056-SMJ

**ORDER DISMISSING CASE**

Before the Court is the parties' Stipulation and Proposed Order of Dismissal, ECF No. 14. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (B), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation and Proposed Order of Dismissal, **ECF No. 14**, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

Q:\SMJ\Civil\2018\Winterrose et al v. Battelle Memorial Institute-5056\stipulated.dismissal.docx

ORDER DISMISSING CASE **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of August 2018.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2